**Ogletree Deakins**

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*Attorneys At Law*

599 Lexington Avenue, 17th Floor
New York, NY 10022
Telephone: 212.492.2500
Facsimile: 212.492.2501
www.ogletreedeakins.com

Evan B. Citron
212.492.2068
evan.citron@ogletree.com

April 21, 2020

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> The case is stayed until June 22, 2020.
> Parties should provide a Rule 26(f) report prior to that date.
> SO ORDERED.
>
> New York, NY         /s/ John G. Koeltl
> April 22, 2020       John G. Koeltl, U.S.D.J.

Re:  Evelina Calcano v. L2T, Inc.
     Case No. 1:19-cv-11377-JGK

Dear Judge Koeltl:

  We represent defendant L2T, Inc. ("Defendant") in the above-referenced action. In accordance with Rule 1.E. of Your Honor's Individual Practices, and in light of the events summarized below, we respectfully write to request a stay of this matter until June 22, 2020.

  As a result of the recent developments concerning COVID-19, Defendant has closed its retail stores and been working diligently to manage this unprecedented disruption to its operations. In light of those developments and the attendant concerns regarding COVID-19, and so that it may direct its attention and resources to the critical issues facing its business, Defendant respectfully requests a stay of all deadlines and events in this matter until June 22, 2020, including Defendant's April 23, 2020 deadline to respond to the Complaint.

  This is Defendant's first request for the relief sought herein, and Plaintiff consents to this request.

  Thank you for Your Honor's consideration of this request.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.

By:  *s/ Evan B. Citron*
       Evan B. Citron

EBC:bjr
cc: All counsel of record (via ECF)

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington