UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVELINA CALCANO ET AL.,

                Plaintiffs,      19-cv-11377 (JGK)

- against -                ORDER

L2T, INC.,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    In light of the recent decision of the Court of Appeals for the Second Circuit, see Calcano v. Swarovski N. Am. Ltd., 2022 WL 1788305 (2d Cir. June 2, 2022), the parties should file a status report by **July 8, 2022**.

SO ORDERED.
Dated:    New York, New York
           June 17, 2022

                                      John G. Koeltl
                              United States District Judge