UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVELINA CALCANO ET AL.,

                Plaintiffs,        19-cv-11377 (JGK)

    - against -                  ORDER

L2T, INC.,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties were requested to file a status report by July 8, 2022. The parties have failed to do so. Accordingly, the case is dismissed without prejudice for failure to prosecute.

SO ORDERED.
Dated:    New York, New York
           July 18, 2022

                                              John G. Koeltl
                                    United States District Judge